**Dismissed and Opinion Filed January 21, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01494-CV

**TRACIE PETERS INDIVIDUALLY AND AS NEXT FRIEND (PARENT) FOR N.P.,
Appellant**

**V.**

**COLLIN COUNTY HUMANE SOCIETY, Appellee**

**On Appeal from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-1830-2013**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Stoddart

Before the Court is appellant's January 13, 2015, motion to dismiss appeal as moot. In the motion, appellant states the November 4, 2014, ruling made by the trial court is the subject of this interlocutory appeal. The November 4, 2014 ruling has been reconsidered, set aside, and vacated. Consequently, this appeal is now moot. We grant the motion and dismiss this appeal. TEX. R. APP. P. 42.1(a).

/ Craig Stoddart/

CRAIG STODDART

JUSTICE

141494F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRACIE PETERS INDIVIDUALLY AND
AS NEXT FRIEND (PARENT) FOR N.P.,
Appellant

No. 05-14-01494-CV     V.

COLLIN COUNTY HUMANE SOCIETY,
Appellee

On Appeal from the 417th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 417-1830-2013.
Opinion delivered by Justice Stoddart.
Justices Francis and Evans participating.

Based on appellant's January 13, 2015, motion to dismiss appeal as moot, and in accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 21st day of January, 2015.